MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN T. CARLSON, | Civil No. 2:18-cv-00979-EFB |
| Plaintiff, | **UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    Defendant requests, with the approval of the Court, a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this extension of time because of a very heavy workload, and because of two upcoming district court merits hearings scheduled within the next two weeks. On October 29, 2018, the undersigned spoke to Plaintiff's counsel Barbara M. Rizzo, who informed me that she does not oppose this extension request.

Motion to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Wednesday, November 28, 2018.

Respectfully submitted,

Date: *October 29, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: October 30, 2018.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Motion to Extend Def.'s MSJ