| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890 |
| | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
| 6 |     San Francisco, California 94105 |
| |     Telephone: (415) 977-8985 |
| 7 |     Facsimile: (415) 744-0134 |
| 8 |     E-Mail: Michael.Marriott@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| STEVEN T. CARLSON, | ) | Civil No. 2:18-cv-00979-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| | ) | **FOR A SECOND EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER MSJ** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant requests, with the approval of the Court, a second extension of time of 14 days to file her motion for summary judgment. Defendant respectfully requests this extension of time because of a very heavy workload, including the recent completion of three district court merits hearing, and because of leave taken over the Thanksgiving holiday.

Stipulation to Extend Def.'s MSJ

1

| | |
|---|---|
| 1 | The new due date for Defendant's MSJ will be Wednesday, December 12, 2018. |

Respectfully submitted,

Date: *November 28, 2018*  By:  */s/ Barbara M. Rizzo\**
BARBARA M. RIZZO
*By email authorization on November 28, 2018
Attorney for Plaintiff

Date: *November 28, 2018*  MCGREGOR W. SCOTT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: December 4, 2018.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Def.'s MSJ

2