MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN T. CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-00979-EFB<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand to the agency, the Appeals Council will remand this case to an Administrative Law Judge with the following instructions: Conduct a new hearing, pursuant to which Plaintiff may testify and submit new evidence; reevaluate the medical evidence and opinions and reevaluate all of the other evidence of record, including testimony and lay evidence; conduct the sequential evaluation process by reassessing Plaintiff's impairments at step two, his residual functional capacity, obtain additional vocational expert testimony, if necessary, make a new determination at step five; and issue a new decision.

Respectfully submitted,

Date: *December 21, 2018*       By:   */s/ Barbara M. Rizzo*\*
                                      BARBARA M. RIZZO
                                      *\* By email authorization on December 21, 2018*
                                      Attorney for Plaintiff

Date: *December 21, 2018*             MCGREGOR W. SCOTT
                                      United States Attorney

                                By:   */s/ Michael K. Marriott*
                                      MICHAEL K. MARRIOTT
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: January 7, 2019.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand

2