BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Steven T. Carlson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. CARLSON,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>        Defendant. | Case No.: 2:18-CV-00979-EFB<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ELEVEN THOUSAND FIVE HUNDRED DOLLARS ($11,500.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00).  The amounts represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§1920, 2412(d).

After the Court issues an order for EAJA fees and costs, the Government will consider the matter of Plaintiff's assignment of EAJA fees and costs to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of The Treasury's Offset Program.  After the order for EAJA fees and costs is entered, the

Government will determine whether the fees are subject to any offset. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees and costs to be made directly to Barbara Marie Rizzo, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: February 6, 2019   "/s/Barbara Marie Rizzo"
BARBARA MARIE RIZZO
Attorney for Plaintiff

Dated: February 6, 2019   "/s/Jeffrey Chen"
JEFFREY CHEN
(As authorized via e-mail)
Special Assistant United States Attorney
Attorney for Defendant
Nancy A. Berryhill, Acting Commissioner
of Social Security

///
///
///
///
///
///

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of ELEVEN THOUSAND FIVE HUNDRED DOLLARS ($11,500.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§1920, 2412(d), subject to the terms of the above referenced Stipulation.

IT IS SO ORDERED.

DATED: February 8, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE